UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. HILL, JR,

    Plaintiff,

v.          CASE NO: 13-CV-14803-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

        ENTERED BY ORDER OF THE COURT

Dated: January 25, 2015     s/Lisa G Wagner
        LISA G. WAGNER, CASE MANAGER AND
        DEPUTY CLERK TO THE HONORABLE
        ROBERT H. CLELEND